1  JONATHAN B. COLE (SBN 70460)
   VINCENT S. GREEN (SBN 231046)
2  **NEMECEK & COLE**
   A Professional Corporation
3  15260 Ventura Boulevard, Suite 920
   Sherman Oaks, California 91403-5344
4  jcole@nemecek-cole.com
   vgreen@nemecek-cole.com
5  Tel: (818)788-9500 / Fax: (818) 501-0328

6  Attorneys for Plaintiff DONGELL LAWRENCE FINNEY LLP

7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11 DONGELL LAWRENCE FINNEY      )  Case No: CV 09-06661-DMG-(JEMx)
   LLP,                         )
12                             )  Assigned to Honorable Dolly M. Gee,
              Plaintiff,        )  Courtroom 7
13                             )
14   -vs-                       )  Filed:         September 14, 2009
                               )
15 PROZONE INTERNATIONAL, INC., )
   a Kansas Corporation; VISIONIC, )
16 INC., an Alabama Corporation; )  **ORDER RE: DISMISSAL WITHOUT**
   ECOZONE, INC. an Alabama     )  **PREJUDICE WITH RETENTION OF**
17 Corporation; VISTEK, INC., an )  **JURISDICTION TO ENFORCE**
   Alabama Corporation; PROZONE )  **SETTLEMENT**
18 POOL PRODUCTS, INC., an      )
   Alabama Corporation; and RONALD )  **[29] JS6**
19 BARNES, an individual,        )
                               )  **(STIPULATION TO DISMISS AND**
20           Defendants.         )  **RETAIN JURISDICTION FILED**
   _____ )  **CONCURRENTLY HEREWITH)**
21

22

23

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

                            –1–

1   / / /

2

3        After reviewing and considering the Stipulation between the parties to the

4   above-entitled action:

5        IT IS HEREBY ORDERED that:

6        1.        The above-entitled action be dismissed in its entirety, without  prejudice;

7   and,

8        2.        Pursuant to FRCP 41(a) (1) (ii) & (2) this Court shall retain jurisdiction

9   over this case for the purpose of enforcing the settlement reached by the parties,

10  including, but not limited to, reopening this case upon noticed motion or *ex parte*

11  application to enforce the settlement, if necessary.

12

13

14  DATE:   May 5, 2010                    Honorable Dolly M. Gee
15                                         United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER RE STIPULATION TO DISMISS AND
RETAIN JURISDICTION TO ENFORCE SETTLEMENT**